Michael J. Coffino (SBN 88109)
mcoffino@cronelaw.com
Jaime J. Santos (SBN 276344)
jsantos@cronelaw.com
THE CRONE LAW GROUP
101 Montgomery Street, Suite 2650
San Francisco, CA 94104

Telephone: (415) 955-8900
Facsimile: (415) 955-8910

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PORTCULLIS COMPUTER SECURITY LTD., a United Kingdom Corporation, PORTCULLIS INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>PORTCULLIS SYSTEMS INC., a Massachusetts Corporation,<br><br>Defendant. | Case No. CV-11-2023 (JCS)<br><br>**STIPULATION AND ORDER TO CONTINUE DATE FOR FILING RESPONSIVE PLEADING TO PLAINTIFFS' FIRST AMENDED COMPLAINT AND STIPULATION TO VENUE AND PERSONAL JURISDICTION IN THIS COURT** |

The parties to this action, through their respective counsel, have entered into a stipulation (the "Stipulation") on the terms that follow and request that the Court enter an order embracing the terms of the Stipulation.

1. To facilitate settlement discussions and a potential resolution of this matter, the parties have agreed that Defendant may have an extension of time up to and including October 3, 2011 to answer or otherwise respond to the First Amended Complaint.

2. One previous time modification has been implemented by request of the parties. On July 20, 2011, Plaintiffs, Portcullis Computer Security Ltd. and Portcullis Inc., submitted an unopposed motion for an extension of time to meet the deadlines set forth in the Court's April 25, 2011 Order Setting Initial Case Management Conference and ADR Deadlines ("Case Management Order"), and

to reset the Case Management Conference. On July 21, 2011, the Court granted Plaintiffs' unopposed motion to extend the deadlines set forth in the Case Management Order.

3.  The parties have further stipulated to venue in the United States District Court for the Northern District of California for this dispute. Further, Defendant has agreed to submit to the personal jurisdiction of this Court for purposes of this action. According, the parties waive any objection to venue in this Court or this Court's exercise of personal jurisdiction over them for purposes of this action.

I hereby attest that I have on file at The Crone Law Group a copy of any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: July 29, 2011                     JAIME J. SANTOS
                                         THE CRONE LAW GROUP


                                         By: /s/ Jaime J. Santos
                                             Jaime J. Santos
                                             Attorneys for Plaintiffs
                                             Portcullis Computer Security Limited and
                                             Portcullis Inc.

Dated: July 29, 2009                     WILLIAM E. HILTON
                                         GESMER UPDEGROVE LLP


                                         By: /s/ William E. Hilton
                                             William E. Hilton
                                             Attorneys for Defendant Portcullis
                                             Systems Inc.

## ORDER

Based on to the Stipulation of the parties, and good cause appearing, the terms of the Stipulation shall become the order of this Court.

IT IS SO ORDERED.

Dated: ___August 1_____, 2011          _____
                                         Judge Joseph C. Spero
                                         United States Magistrate Judge

-2-
STIP TO CONTINUE DATE FOR FILING RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT