Michael J. Coffino (SBN 88109)
mcoffino@cronelaw.com
Jaime J. Santos (SBN 276344)
jsantos@cronelaw.com
THE CRONE LAW GROUP
101 Montgomery Street, Suite 2650
San Francisco, CA 94104

Telephone: (415) 955-8900
Facsimile: (415) 955-8910

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| PORTCULLIS COMPUTER SECURITY LTD., a United Kingdom Corporation, PORTCULLIS INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>PORTCULLIS SYSTEMS INC., a Massachusetts Corporation,<br><br>Defendant. | Case No. CV-11-2023 (JCS)<br><br>**[PROPOSED] ORDER REGARDING PLAINTIFFS PORTCULLIS COMPUTER SECURITY LTD. AND PORTCULLIS INC.'S UNOPPOSED MOTION TO (1) EXTEND ALL DEADLINES SET FORTH IN THE ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, AND (2) RESET CASE MANAGEMENT CONFERENCE** |
|---|---|

Upon consideration of Plaintiffs' MOTION TO (1) EXTEND ALL DEADLINES SET FORTH IN THE ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, AND (2) RESET CASE MANAGEMENT CONFERENCE, it is hereby ORDERED that the case management schedule is revised as follows:

By November 2, 2011, the parties will

- meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan
- file ADR Certification
- file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference

1  By November 16, 2011, the parties will

2  - file 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report
3    and file Case Management Statement

4  The Initial Case Management Conference will be rescheduled for December 2, 2011 at 1:30
5  p.m. in Courtroom ~~A~~ G, 15th floor, San Francisco.

7  Dated: 10/4/11



Honorable J
United State
for the North

-2-
[PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION TO EXTEND CMC AND ADR DEADLINES