1  Michael J. Coffino (SBN 88109)
   mcoffino@cronelaw.com
2  Jaime J. Santos (SBN 276344)
   jsantos@cronelaw.com
3  THE CRONE LAW GROUP
   101 Montgomery Street, Suite 2650
4  San Francisco, CA 94104

5  Telephone:  (415) 955-8900
   Facsimile:   (415) 955-8910
6
   Attorneys for Plaintiffs
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11 PORTCULLIS COMPUTER SECURITY LTD.,        Case No. CV-11-2023 (JCS)
   a United Kingdom Corporation, PORTCULLIS
12 INC., a Delaware Corporation,
                                             **STIPULATION AND ORDER TO**
13              Plaintiffs,                   **CONTINUE DATE FOR FILING**
                                             **RESPONSIVE PLEADING TO**
14      vs.                                   **PLAINTIFFS' FIRST AMENDED**
                                             **COMPLAINT AND STIPULATION TO**
15 PORTCULLIS SYSTEMS INC., a                 **VENUE AND PERSONAL**
   Massachusetts Corporation,                **JURISDICTION IN THIS COURT**
16
                Defendant.
17

18

19      The parties to this action, through their respective counsel, have entered into a stipulation

20 (the "Stipulation") on the terms that follow and request that the Court enter an order embracing the

21 terms of the Stipulation.

22 1.      To facilitate settlement discussions and a potential resolution of this matter, the parties have

23 agreed that Defendant may have an extension of time up to and including November 2, 2011 to

24 answer or otherwise respond to the First Amended Complaint.

25 2.      Two previous time modifications have been implemented by request of the parties.  On July

26 20, 2011, Plaintiffs, Portcullis Computer Security Ltd. and Portcullis Inc., submitted an unopposed

27 motion for an extension of time to meet the deadlines set forth in the Court's April 25, 2011 Order

28 Setting Initial Case Management Conference and ADR Deadlines ("Case Management Order"), and

-1-

STIP TO CONTINUE DATE FOR FILING RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT

1    to reset the Case Management Conference. On July 21, 2011, the Court granted Plaintiffs'

2    unopposed motion to extend the deadlines set forth in the Case Management Order. On July 29,

3    2011 Plaintiffs, Portcullis Computer Security Ltd. and Portcullis Inc., submitted a proposed

4    stipulation to continue date for filing responsive pleadings. On August 1, 2011, the Court signed

5    the order granting the stipulated continuance.

6        I hereby attest that I have on file at The Crone Law Group a copy of any signatures

7    indicated by a "conformed" signature (/s/) within this e-filed document.

8

9    Dated: October 3, 2011                    JAIME J. SANTOS
                                            THE CRONE LAW GROUP

10

11                                        By:   /s/ Jaime J. Santos
                                               Jaime J. Santos

12                                                Attorneys for Plaintiffs
                                               Portcullis Computer Security Limited and

13                                                Portcullis Inc.

14

15    Dated: October 3, 2011                    WILLIAM E. HILTON
                                            GESMER UPDEGROVE LLP

16

17                                        By:   /s/ William E. Hilton
                                               William E. Hilton

18                                                Attorneys for Defendant Portcullis
                                               Systems Inc.

19                                                   ORDER

20

21        Based on to the Stipulation of the parties, and good cause appearing, the terms of the

22    Stipulation shall become the order of this Court.

23        IT IS SO ORDERED.

24

25    Dated: ___October 4___, 2011                    _____

                                                       Ho_____ero

26                                              Uni_____ Judge

                                         Judge Joseph C. Spero

27

28

---

STIP TO CONTINUE DATE FOR FILING RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT