Michael J. Coffino (SBN 88109)
mcoffino@cronelaw.com
Jaime J. Santos (SBN 276344)
jsantos@cronelaw.com
THE CRONE LAW GROUP
101 Montgomery Street, Suite 2650
San Francisco, CA 94104

Telephone: (415) 955-8900
Facsimile: (415) 955-8910

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| PORTCULLIS COMPUTER SECURITY LTD., a United Kingdom Corporation, PORTCULLIS INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>PORTCULLIS SYSTEMS INC., a Massachusetts Corporation,<br><br>Defendant. | Case No. CV-11-2023 (JCS)<br><br>**STIPULATION AND ORDER TO CONTINUE DATE FOR FILING RESPONSIVE PLEADING TO PLAINTIFFS' FIRST AMENDED COMPLAINT AND STIPULATION TO VENUE AND PERSONAL JURISDICTION IN THIS COURT** |
|---|---|

The parties to this action, through their respective counsel, have entered into a stipulation (the "Stipulation") on the terms that follow and request that the Court enter an order embracing the terms of the Stipulation.

1.  The parties are currently involved in settlement discussions, which may provide resolution of this matter, and have agreed that Defendant may have an extension of time up to and including December 2, 2011 to answer, or otherwise respond, to the First Amended Complaint.

2.  Three previous time modifications have been implemented by request of the parties. On July 20, 2011, Plaintiffs, Portcullis Computer Security Ltd. and Portcullis Inc., submitted an unopposed motion for an extension of time to meet the deadlines set forth in the Court's April 25, 2011 Order Setting Initial Case Management Conference and ADR Deadlines ("Case Management Order"), and to reset the Case Management Conference. On July 21, 2011, the Court granted

1  Plaintiffs' unopposed motion to extend the deadlines set forth in the Case Management Order.  On
2  July 29, 2011 Plaintiffs, Portcullis Computer Security Ltd. and Portcullis Inc., submitted a proposed
3  stipulation to continue the date for filing responsive pleadings.  On August 1, 2011, the Court
4  signed the order granting the stipulated continuance.  On October 3, 2011 Plaintiffs, Portcullis
5  Computer Security Ltd. and Portcullis Inc., submitted a proposed stipulation to continue date for
6  filing responsive pleadings.  On October 4, 2011, the Court signed the order granting the stipulated
7  continuance.

8      I hereby attest that I have on file at The Crone Law Group a copy of any signatures
9  indicated by a "conformed" signature (/s/) within this e-filed document.

10
11  Dated: November 2, 2011                                    JAIME J. SANTOS
                                                               THE CRONE LAW GROUP
12
13                                                             By:  /s/ Jaime J. Santos
                                                                    Jaime J. Santos
14                                                                  Attorneys for Plaintiffs
                                                                    Portcullis Computer Security Limited and
15                                                                  Portcullis Inc.
16
17  Dated: November 2, 2011                                    WILLIAM E. HILTON
                                                               GESMER UPDEGROVE LLP
18
19                                                             By:  /s/ William E. Hilton
                                                                    William E. Hilton
20                                                                  Attorneys for Defendant Portcullis
                                                                    Systems Inc.
21
                                              ORDER
22
23      Based on to the Stipulation of the parties, and good cause appearing, the terms of the
24  Stipulation shall become the order of this Court.
25      IT IS SO ORDERED.
26
    Dated: __November 4_____, 2011                            _____
27                                                             Joseph C. Spero
                                                               United States Magistrate Judge
28

-2-
THIRD STIP TO CONTINUE DATE FOR FILING RESPONSIVE PLEADING
TO FIRST AMENDED COMPLAINT