Michael J. Coffino (SBN 88109)
mcoffino@cronelaw.com
Jaime J. Santos (SBN 276344)
jsantos@cronelaw.com
THE CRONE LAW GROUP
101 Montgomery Street, Suite 2650
San Francisco, CA 94104

Telephone: (415) 955-8900
Facsimile:  (415) 955-8910

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PORTCULLIS COMPUTER SECURITY LTD., a United Kingdom Corporation, PORTCULLIS INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>PORTCULLIS SYSTEMS INC., a Massachusetts Corporation,<br><br>Defendant. | Case No. CV-11-2023 (JCS)<br><br>**STIPULATED ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties that:

1. Plaintiffs and Defendant (the "Parties") have entered into a settlement agreement (the "Agreement") as of November 30, 2011 resolving all claims by Plaintiffs against Defendants in the above-captioned action.

2. The Agreement provides for entry of a stipulated judgment (the "Stipulated Judgment") in the event of a breach of the Agreement, including entry of a permanent injunction.

3. The Agreement further provides that the Court, subject to its approval, shall retain jurisdiction over the parties and the Agreement to adjudicate any disputes regarding the Agreement, including, if appropriate, entering the Stipulated Judgment and providing

1  any attendant relief.

2  4. Accordingly, the parties have agreed to dismiss this action with prejudice to the claims asserted in the action but without prejudice to the rights that are created in the Agreement and request that the Court enter an order based on this Stipulation, including retaining jurisdiction to enforce the Agreement if necessary.

IT IS SO STIPULATED.

| GESMER UPDEGROVE LLP | THE CRONE LAW GROUP |
|---|---|
| By: /s/ William E. Hilton<br>William E. Hilton<br>Attorneys for Defendant Portcullis Systems Inc. | By: /s/ Jaime J. Santos<br>Jaime J. Santos<br>Attorneys for Portcullis Computer Security Limited and Portcullis Inc. |

IT IS SO ORDERED.

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Dated: December 15, 2011